**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James JOHNSON, Defendant–
Appellant.**

**No. 10–11405**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 23, 2011.

Robert G. Davies, Edwin F. Knight, Thomas F. Kirwin, Pamela A. Moine, U.S.

Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Robert Augustus Harper, Jr., Attorney at Law, Randolph P. Murrell, Federal Public Defender Office, Tallahassee, FL, for Defendant–Appellant.

Before CARNES, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, Jr., appointed counsel for James Johnson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Johnson's motion for the appointment of substitute counsel is **DENIED**, and Johnson's convictions and sentences are **AFFIRMED.**